**Dismissed and Opinion Filed November 4, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01508-CR

**MONTRAY BYNUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-61552-M**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Lang

Montray Bynum pleaded guilty to possession with intent to deliver cocaine in an amount of 200 grams or more but less than 400 grams. Pursuant to a plea agreement, the trial court assessed punishment at fifteen years' imprisonment and a $3,000 fine. Appellant waived his right to appeal in connection with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that the case involves a plea bargain and appellant has no right to appeal and that appellant waived his right to appeal. *See* Tex. R. App. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131508F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MONTRAY BYNUM, Appellant

No. 05-13-01508-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F11-61552-M.
Opinion delivered by Justice Lang, Justices
Moseley and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 4th day of November, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE